**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Gaye Nell Watkins,                     )
                                       )
              Plaintiff,               )
                                       )
v.                                     )      No. CIV 24-126-TUC-CKJ
                                       )
Douglas A. Collins, Secretary of       )      **ORDER**
Veterans Affairs,                      )
                                       )
              Defendant.               )
                                       )

On October 24, 2025, this Court screened the Fourth Amended Complaint ("FAC") against Defendant Douglas A. Collins, Secretary of Veterans Affairs ("the SVA") filed by Plaintiff Gaye Nell Watkins ("Watkins"). The Court dismissed without leave to amend the discrimination claims based on color, sex, and age, the FLSA claims, and the tort claims (negligent and/or intentional infliction of emotional distress). The Court found Watkins had stated claims for discrimination based on race and disability, failure to accommodate a disability, and retaliation.

The Court ordered Watkins to arrange for service of the FAC and a copy of the Order upon the SVA within sixty (60) days from October 24, 2025, the date of filing of the Order. Watkins was notified the "[f]ailure to timely complete service may result in dismissal of this action. *See* Fed.R.Civ.P. 4(m)." October 24, 2025, Order (Doc. 19, p. 13). Watkins sought, and the Court granted, a request to extend the time to complete service. (Docs. 20, 21). The Court set the deadline to complete service to be March 6, 2026.

As of this date, Watkins has not completed service upon the SVA and has not requested additional time to complete service. The Court finds it appropriate to dismiss the

FAC and this action.  *See* Fed.R.Civ.P. 4(m) (*sua sponte* dismissal without prejudice after notice to plaintiff).

Accordingly, IT IS ORDERED Watkins' Fourth Amended Complaint and this action are DISMISSED WITHOUT PREJUDICE.

DATED this 26th day of May, 2026.

Cindy K. Jorgenson
United States District Judge